# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA GAMEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HILTON GRAND VACATIONS INC., a Delaware corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. CV 18-4803-GW-JPRx<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE**<br><br>Complaint filed: May 30, 2018 |

|   |   |
|---|---|
| 1 | The Court, having considered the Parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses Plaintiff's Complaint in the above-entitled action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class. Each party shall bear its own costs and attorneys' fees. |

IT IS SO ORDERED.

Dated: February 22, 2019  By: _____
GEORGE H. WU,
United State District Judge